**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA - CIVIL DIVISION**

| | |
|---|---|
| DALE FOSTER, | ) |
|     Plaintiff, | ) |
| v. | )    C. A. No. 03-328E |
| MICHAEL HAJDUK, et al. | ) |
|     Defendants. | ) |

**Discovery Dispute Certificate**

Pursuant to Local Rule 37.1, Counsel for the Defendants Hajduk and Kerna has made a reasonable effort to reach an agreement with opposing counsel for the Plaintiff to settle the dispute over the outstanding discovery. Counsel for Plaintiff has advised that he will make is client available for examination in South Carolina. Attached hereto is correspondence of June 8, 2005 from Counsel for Defendants and June 22, 2005 from Counsel for Plaintiff, as Exhibit 1 and Exhibit 2, respectively. Counsel have not been able to reach an agreement relative to the discovery dispute.

Respectfully submitted,

WALSH COLLIS & BLACKMER, LLC

By_____
    Paul J. Walsh III, Esquire
    PA I.D. #58843
    Marna K. Blackmer, Esquire
    PA I.D. #79528
    Counsel for Defendants, Michael
    Hajduk and P. David Kerna
    Walsh Collis & Blackmer
    707 Grant Street
    Gulf Tower, Suite 1400
    Pittsburgh, PA 15219