# Walsh, Collis & Blackmer, L.L.C.

Paul J. Walsh III +
Pamela V. Collis
Marna K. Blackmer
Anne M. Paul ■

---

Adam M. Barnes *
James A. DeFrank
Steven L. Minnich
Natalie A. Troilo *
Laura L. Wallace
Trisha A. Zaken
Gina M. Zumpella
Thomas E. Zumpella

The Gulf Tower
Suite 1400
707 Grant Street
Pittsburgh, Pennsylvania 15219

Phone: (412) 258-2255
Facsimile: (412) 263-5632

+ Admitted to Practice in Ohio and West Virginia
* Admitted to Practice in West Virginia
■ Admitted to Practice in New Jersey

June 8, 2005

Carl Schiffman, Esquire
Schiffman & Wojdowski
1300 Fifth Avenue
Pittsburgh, PA 15219-6270

In Re:   **Foster vs. Hajduk/Kerna**
         **Court No.   :   03-328E**
         **Our File No. :   11994**

Dear Mr. Schiffman:

    As I previously advised, I would like to have your client examined by an orthopedic surgeon in Pittsburgh. As he has been incarcerated since December, this has not been possible. I understand from you that Mr. Foster has just been released. Please advise me when Mr. Foster will be available for an examination.

    Thank you.

Sincerely,

Marna K. Blackmer

MKB/ert



# SCHIFFMAN & WOJDOWSKI

11994
carl Basie.

———————————————— ATTORNEYS AT LAW ————————————————

Carl R. Schiffman  
Jack Wojdowski  
Roni S. Schiffman  
Brian C. Fawber

1300 Fifth Avenue  
Pittsburgh, PA 15219-6270

412-288-9444  
FAX: 412-288-9455

June 22, 2005

Marna K. Blackmer, Esquire  
Walsh, Collis & Balckmer, LLC  
The Gulf Tower, Suite 1400  
707 Grant Street  
Pittsburgh, PA 15219

RE: Dale Foster vs. Michael Hajduk, P. David Kerna and Schreckengost Contracting  
    Your File No.: 11994

Dear Ms. Blackmer:

I am in receipt of your letter dated June 8, 2005 requesting that my client, Dale Foster be examined by an orthopedic surgeon. Although he has been released from prison, he must remain in South Carolina as a part of his probation. As you are aware, discovery concluded in April. Due to the circumstances, I am willing to permit Dale Foster to be examined in South Carolina by an appropriate doctor.

Very truly yours,

Carl R. Schiffman

CRS/dz

