IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE FOSTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL HAJDUK, P. DAVID KERNA,<br>and SCHRECKENGOST CONTRACTING,<br><br>　　　　Defendants. | Case No. 03-328E |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of July, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that the Plaintiff Dale Foster must provide full and complete responses to Defendant Schreckengost Contracting's Second Set of Expert Discovery within five (5) days of this Court's Order or suffer further sanctions deemed necessary by the Court.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

P0743895.1