# MEYER ♦ DARRAGH
## BUCKLER BEBENEK & ECK, P.L.L.C.
Attorneys-at-Law

U.S. Steel Tower, Suite 4850 ♦ 600 Grant Street ♦ Pittsburgh, PA 15219
Phone: (412) 261-6600 ♦ Fax: (412) 471-2754

www.mdbbe.com

**Richard S. Canciello**
Attorney-at-Law

**Direct Dial:** (412) 553-7116
**E-mail Address:** rcanciello@mdbbe.com

Please refer to: DON.106645

May 13, 2005

Carl R. Schiffman, Esquire
Schiffman & Wojdowski
1300 Fifth Avenue
Pittsburgh, PA  15219-6270

    RE:    Foster v. Hajduk, Kerna and Schreckengost Contracting

Dear Carl:

Enclosed please find the Second Set of Expert Discovery Requests Directed to Plaintiff in the above-captioned matter.

I will await your timely responses.

Thank you for your attention hereto.

Very truly yours,

RICHARD S. CANCIELLO

RSC:mar
Enclosure

cc:    Marna K. Blackmer, Esquire (w/enclosure)

EXHIBIT "A"

P0737701.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE FOSTER, | |
| Plaintiff, | Case No. 03-328E |
| vs. | |
| MICHAEL HAJDUK, P. DAVID KERNA, and SCHRECKENGOST CONTRACTING, | |
| Defendants. | |

**SECOND SET OF EXPERT DISCOVERY REQUESTS DIRECTED TO PLAINTIFF**

TO: Dale Foster, Plaintiff
c/o Carl R. Schiffman, Esquire
Schiffman & Wojdowski
1300 Fifth Avenue
Pittsburgh, PA 15219-6270

AND NOW, comes the Defendant, SCHRECKENGOST CONTRACTING, by and through its counsel, MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C., and pursuant to the Federal Rules of Civil Procedure, hereby makes the following Second Set of Expert Discovery Requests Directed to Plaintiff for the production of documents as enumerated below. Unless otherwise agreed, production, inspection and copying of all documents to be produced will be at the office of the undersigned counsel within the next thirty (30) days.

P0737699.1

1. Please submit a copy of the "summary of the accident," as referenced by Jack G. Murray in his report of March 28, 2005.

Date: May 13, 2005

Respectfully submitted,

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

_____
RICHARD S. CANCIELLO, ESQUIRE
PA I.D. No. 73174

U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA  15219
(412) 261-6600

Attorneys for Defendant,
Schreckengost Contracting

## PROOF OF SERVICE

I hereby certify that I am serving the foregoing document upon the persons and in the manner listed below:

<u>Service by First-Class Mail, addressed as follows:</u>

Carl R. Schiffman, Esquire
Schiffman & Wojdowski
1300 Fifth Avenue
Pittsburgh, PA  15219-6270
(Counsel for Plaintiff)

Marna K. Blackmer, Esquire
Summers, McDonnell, Walsh & Skeel
707 Grant Street
Gulf Tower 2400
Pittsburgh, PA  15219
(Counsel for Defendants, Michael Hajduk and P. David Kerna)

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

Date: May 13, 2005

_____
RICHARD S. CANCIELLO, ESQUIRE