

# MEYER ♦ DARRAGH
## BUCKLER BEBENEK & ECK, P.L.L.C.
Attorneys-at-Law

U.S. Steel Tower, Suite 4850 ♦ 600 Grant Street ♦ Pittsburgh, PA 15219
Phone: (412) 261-6600 ♦ Fax: (412) 471-2754

www.mdbbe.com

**Richard S. Canciello**
Attorney-at-Law

**Direct Dial:** (412) 553-7116
**E-mail Address:** rcanciello@mdbbe.com

Please refer to: DON.106645

June 23, 2005

Carl R. Schiffman, Esquire
Schiffman & Wojdowski
1300 Fifth Avenue
Pittsburgh, PA 15219-6270

RE:   Foster v. Hajduk, Kerna and Schreckengost Contracting

Dear Carl:

On May 13, 2005, I forwarded to your attention a second set of expert discovery, with only one request. This discovery would have been due by June 13, 2005. Please respond to that discovery within the next ten (10) days so that I may avoid the preparation of a Motion to Compel this discovery. However, please contact me if you would like to discuss this matter further. In that regard, please consider this my attempt to confer and correspond as required by Fed. R. Civ. P. 37.

Thank you for your attention hereto.

Very truly yours,

RICHARD S. CANCIELLO

RSC:mad

cc:   Marna K. Blackmer, Esquire

P0741775.1

EXHIBIT "B"