# SCHIFFMAN & WOJDOWSKI

JUN 3 0 2005

──────────────── ATTORNEYS AT LAW ────────────────

Carl R. Schiffman
Jack Wojdowski
Roni S. Schiffman
Brian C. Fawber

1300 Fifth Avenue
Pittsburgh, PA 15219-6270

412-288-9444
FAX: 412-288-9455

June 29, 2005

Richard S. Canciello, Esquire
U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219

     RE:   Foster v. Hajduk, Kerna and Schrenckengost Contracting

Dear Mr. Canciello:

    I am in receipt of your letter of June 23, 2005 regarding a second set of expert discovery which you forwarded to this office on May 13, 2005. As you are aware, Discovery in this matter closed on April 5, 2005; therefore I do not believe that we are required to respond to your discovery request.

    Please be advised that I do not intend to take the depositions of Dan Hale and Kevin Hale. These individual will testify at the time of trial.

    If you have any questions, please contact me.

Very truly yours,

Carl R. Schiffman

CRS/hm
cc: Marna K. Blackmer, Esquire

EXHIBIT "C"