IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DALE FOSTER, | ) | |
| | ) | Civil Action No. 03 - 328E |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HAJDUK, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this _22_ day of September, 2005, the court has been advised by counsel for the parties that the above-captioned action has been settled and that the only matters remaining to be completed is the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time.

**IT IS HEREBY ORDERED** that the Clerk mark the above-captioned case closed; that nothing contained in this order shall be considered a dismissal or disposition of this action, and that should further proceedings therein become necessary or desirable, either party may initiate the same in the same manner as if this order had not been entered.

Dated: _9-22-05_

_Lisa Pupo Lenihan_
United States Magistrate Judge

cc: Carl R. Schiffman
Schiffman, Wojdowski & Chiurazzi
1300 Fifth Avenue
Pittsburgh, PA 15219

Scott A. Millhouse
Richard S. Canciello
Meyer, Darragh, Buckler, Bebenek & Eck
600 Grant Street
US Steel Tower, Suite 4850
Pittsburgh, PA 15219

Marna K. Blackmer
Walsh Collis & Blackmer
707 Grant Street
Gulf Tower, Suite 2300
Pittsburgh, PA 15219