IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE FOSTER, | |
| Plaintiff, | Case No. 03-328E |
| vs. | ***ELECTRONICALLY FILED*** |
| MICHAEL HAJDUK, P. DAVID KERNA, and SCHRECKENGOST CONTRACTING, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed among counsel that this action may be dismissed, with prejudice, in its entirety.

SCHIFFMAN & WOJDOWSKI

By: _____
CARL R. SCHIFFMAN, ESQUIRE

Counsel for Plaintiff, DALE FOSTER

WALSH, COLLIS & BLACKMER, LLC

By: _____
MARNA K. BLACKMER, ESQUIRE

Counsel for Defendants,
MICHAEL HADJUK and P. DAVID KERNA

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

By: _____
RICHARD S. CANCIELLO, ESQUIRE

Counsel for Defendant,
SCHRECKENGOST CONTRACTING

P0744790.1

Respectfully submitted,

MEYER, DARRAGH, BUCKLER,
  BEBENEK & ECK, P.L.L.C.

By: _____
RICHARD S. CANCIELLO, ESQUIRE
Pa. I.D. No. 73174

U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA  15219
(412) 261-6600
(412) 471-2754 - FAX
rcanciello@mdbbe.com

Counsel for Defendant,
SCHRECKENGOST CONTRACTING

## PROOF OF SERVICE

I hereby certify that I am serving the foregoing document upon the persons and in the manner listed below:

Service by electronic mail or first-class mail as follows:

Carl R. Schiffman, Esquire
Schiffman, Wojdowski & Chiurazzi
1300 Fifth Avenue
Pittsburgh, PA 15219-6270
**(Counsel for Plaintiff)**

Marna K. Blackmer, Esquire
Walsh, Collis & Blackmer, LLC
707 Grant Street
Gulf Tower 1400
Pittsburgh, PA 15219
**(Counsel for Defendants, Michael Hajduk and P. David Kerna)**

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

Date: 9/29/05

_____
RICHARD S. CANCIELLO, ESQUIRE

P0744790.1